# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-3753
LT Case No. 2001960055

_____

SETH MILLNER,

   Appellant,

   v.

DEPARTMENT OF REVENUE AND
JULIE ANN ELLIS,

   Appellees.

_____

Administrative Appeal from the Department of Revenue.

Seth Millner, Orlando, pro se.

Ashley Moody, Attorney General, and Toni C. Bernstein, Senior Assistant Attorney General, Tallahassee, for Appellee, Florida Department of Revenue.

No Appearance for Appellee, Julie Ann Ellis.

April 9, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

EDWARDS, C.J., and MAKAR and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____